1  Arshak Bartoumian (SBN 210370)
   Omnia Legal, Inc
2  124 West Stocker Street Suite "B"
   Glendale, California 91202
3  Tel. 818-532-9339
   Email: Disputes@omnialegal.org
4
5  Attorney for Plaintiff ARMEN SARKISYAN

6              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
7

8  ARMEN SARKISYAN            ) Case No. 2:12-cv-03066-RGK-(PLAx)
         Plaintiff,           )
9                             ) **CERTIFICATE OF SERVICE**
         v.                   )
10 CHASE BANK USA .            ) Date:
         Defendant.           ) Time:
11                            ) Courtroom:
                              ) Judge: Dale S. Fischer
12                            ) Complaint Filed: April 09, 2012
                              ) Trial Date: TBD
13                            )
                              )
14

**CERTIFICATE OF SERVICE**

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

      I am and was at the time of service of papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California and my business address is 624 Broadway Ste 303, San Diego, California 92101.

      On **April 27, 2012**, I caused to be served the following documents:
**SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF INTERESTED PARTIES**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Glendale, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has failed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to Electronic Filing deemed complete upon the transmission of the Notice of Electronic Filing deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☒ **BY PERSONAL SERVICE:** I, **Dominick DeFalco**, served the summons on **MARGARET WILSON**, who is designated by law to accept service of process on behalf of **CHASE BANK USA., A NEW YORK CORPORATION at 818 W. SEVENTH ST., LOS ANGELES, CA 90017** on **April 27, 2012 at 8:20 A.M.**

  ☒ By personally delivering the copies;

  ☐ By leaving the copies at the attorney's office;

    ☐ With a receptionist, or with a person having charge thereof; or

    ☐ In a conspicuous place in the office between the hours of __ in the morning and five in afternoon;

    ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SEE ATTACHED SERVICE LIST**

**CERTIFICATE OF SERVICE**

AO 440(Rev. 12/09) Summons in Civil Action

Civil Action No. **2:12-CV-03066-RGK-PLA**

## PROOF OF SERVICE
*(This Section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This Summons for *(name of individual and title, if any)* **CHASE BANK USA, A NEW YORK CORPORATION** was received by me on *(date)* **04/23/2012**

☐ I personally served the summons on the individual at *(place)* on *(date)* or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **MARGARET WILSON** , who is designated by law to accept sevice of process on behalf of *(name of organization)* **CHASE BANK USA, A NEW YORK CORPORATION** at **818 W. SEVENTH ST. , Los Angeles, CA 90017** on *(date)* **April 27, 2012** at *(time)* **8:20 AM**; or

☐ I returned the summons unexecuted because; or

☐ Other *(specify)*:

My fees are   $20.00   for travel and   $   for services, for a total of   $20.00

I declare under penalty or perjury that this information is true.

Date: **May 07, 2012**

*Server's signature*

**Dominick DeFalco - Process Server # 1751**
*Printed name and title*

**624 Broadway, Ste 303, San Diego, CA 92101**
*Server's Address*

Additional information regarding attempted service. etc: